STANLEY EZELL SINGLETON
NAME
T-01626,
PRISON NUMBER

P.O. Box 3456
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Corcoran Ca 93212
CITY, STATE, ZIP CODE

2254 ✓   1983 ____
FILING FEE PAID
Yes ____  No ✓
IFP MOTION FILED
Yes ✓  No ____
COPIES SENT TO
Court ✓  ProSe ____

FILED
DEC 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

STANLEY EZELL SINGLETON
_____,
(FULL NAME OF PETITIONER)
                        PETITIONER

v.

ANTHONY EWING, PAROLE AGENT
_____,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

                        RESPONDENT
and

_____,
The Attorney General of the State of
California, Additional Respondent.

Civil No. **'07 CV 2415 H AJB**
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   SUPERIOR COURT DISTRICT 220 W. BROADWAY

2. Date of judgment of conviction: NOVEMBER 14, 2000

3. Trial court case number of the judgment of conviction being challenged: _____
   SCD 149494, SCD 142448

4. Length of sentence: TEN YEARS, AND EIGHT MONTHS

CIV 68 (Rev. Dec. 1998)                                    K:\COMMON\FORMS\CIV-68.

5. Sentence start date and projected release date: 2001-SEPTEMBER 22, 2007

6. Offense(s) for which you were convicted or pleaded guilty (all counts): CAL HEALTH & SAFETY 11352(a) AND CAL P.C. 524

7. What was your plea? (CHECK ONE)
   (a) Not guilty     ☒
   (b) Guilty         ☐
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury        ☒
   (b) Judge only  ☐

9. Did you testify at the trial?
   ☒ Yes   ☐ No

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes   ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: DENIED
    (b) Date of result, case number and citation, if known: 2002 D037254/ D037253
    (c) Grounds raised on direct appeal: INSUFFICIENT EVIDENCE
        ENTRAPMENT AS A MATTER OF LAW.
        INEFFECTIVE ASSISTANCE OF COUNSELOR

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: DENIED
    (b) Date of result, case number and citation, if known:
    (c) Grounds raised: SAME.

CIV 68 (Rev. Dec. 1998)
K:\COMMON\FORMS\CIV-68.

Mr. Stanley Ezell Singleton
T-01626,

December 19, 2007

TO: COURT

RE: CIVIL DOCKET NO. 3:05-CV-01708-BTM-NLS

SUBJECT MATTER: REQUEST FOR THE COURT       TO PROVIDE STATE COURT CASE NUMBERS
                IN REGARD TO THE ABOVE NAME CASE


   I am applying to the court       for the California Supreme Court case no ?
I used in this case when I submitted my Federal Habeas Corpus.

   I am applying to the court       , for the Fourth Disttrict Court of Appeals
case no ? I used in this case when I submitted my Federal Habeas Corpus.

   I am applying to the court       , for the Superior Court case no ? I used
in this case when I submitted my Federal Habeas Corpus.


   I am currently preparing my new Federal Habeas Corpus to be submitted to this
court, and I need those case numbers for the new Federal Habeas Corpus. All my
records where lost during transfer to another institution. Therefore, I am applying
to the court       for the requested case numbers only. Regarding the above case.



                                        Mr. Stanley Ezell Singleton
                                        [signature]

13. If you filed a petition for certiorari in the <u>United States Supreme Court</u>, please answer the following with respect to that petition:
    (a) Result: _____
    (b) Date of result, case number and citation, if known: _____
    _____
    (c) Grounds raised: _____
    _____
    _____
    _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Superior Court</u>?
    ☒ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:
    (a) <u>California Superior Court</u> Case Number: ? See Civil Docket # 3:05-CV-01708-BTM  Southern District
    (b) Nature of proceeding: Habeas Corpus
    (c) Grounds raised: Trial Court Failed to Advise Singleton, OR Sentence Him to serve a Period of Parole Upon Completion of His term Pursuant to Cal P.C. 1170(c), And Due Process Rights
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: Denied
    (f) Date of result: ?

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Court of Appeal</u>?
    ☒ Yes  ☐ No

CIV 68 (Rev. Dec. 1998)                -3-                K:\COMMON\FORMS\CIV-68.

17. If your answer to #16 was "Yes," give the following information:    Southern District
    (a) <u>California Court of Appeal</u> Case Number: See Civil Docket #3:05-CV-01708-BTM-NLS
    (b) Nature of proceeding: Habeas Corpus

    (c) Grounds raised: Trial Court Failed to Advise Singleton, OR Sentence Him to serve a Period of Parole upon Completion of His term Pursuant to Cal P.C. 1170(c), And Due Process Rights

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: Denied
    (f) Date of result: ?

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Supreme Court</u>?
    ☒ Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:    Southern District
    (a) <u>California Supreme Court</u> Case Number: See Civil Docket #3:05-CV-01708-BTM-NLS
    (b) Nature of proceeding: Habeas Corpus

    (c) Grounds raised: Trial Court Failed to Advise Singleton, or Sentence Him to serve a Period of Parole upon Completion of His term Pursuant to Cal P.C. 1170(c), And Due Process Rights

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: Denied
    (f) Date of result: ?

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____
_____
_____
_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☐ Yes ☒ No    (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? SOUTHERN DISTRICT
        (i) What was the prior case number? 05-CV-01708-BTM-NLS
        (ii) Was the prior action (CHECK ONE):
             ☐ Denied on the merits?
             ☒ Dismissed for procedural reasons?
        (iii) Date of decision: 09-22-05
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☒ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☒ No

---

### CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

I
TRIAL COURT FAILED TO ADVISE SINGLETON, OR SENTENCE
HIM TO SERVE A PERIOD OF PAROLE UPON COMPLETION OF
HIS TERM PURSUANT TO CALIFORNIA PENAL CODE 1170(c)
AND DUE PROCESS RIGHTS OF THE FOURTEETH AMENDMENT

On November 14, 2000, I was sentence in San Diego Superior Court case no. SCD 149494, to Ten Years, for a violation of Cal Health & Safety 11352 (a), and 8 months, for a violation of Cal P.C. 524, Attempted Extortion in case no SCD 142448.

The trial court failed to advise me, or sentence me to serve a period of parole during my initial sentencing hearing pursuant to **Cal P.C. 1170(c),** and due process.

I filed several Writ of Habeas Corpus in State Court alleging my claim with no remedy available.

On September 22, 2007, I was released from my term. On October 1, 2007, I was rearrested for a parole violation. I advised the San Diego State Parole Authorities that the trial court failed to advise, or sentence me to any Parole period during my initial sentencing hearing. That any Parole period enforced by their office on me was illegal, and in violation of the Fourteeth Amendment. Also any parole violation is illegal, and in violation of the due process because there was no parole period advised or ordered in my case.

POINTS AND AUTHORITIES

1. UNITED STATES VS MACK 494 F. 2d 1204    (9th Cir 1974)

2. CARTER VS MCCARTHY 806 F. 2d 1373   (9th Cir 1986)

3. CALIFORNIA PENAL CODE 1170(c)

4. HILL VS ALASKA 297 F 3d 895 (9th Cir 2002)

RELIEF REQUESTED

1. ISSUE WRIT OF HABEAS CORPUS

2. ORDER AN INJUCTION PREVENTING DEFENDANT'S FROM ENFORCING ANY PERIOD OF PAROLE PENDING THE DETERMINATION OF THE COURT'S DECISION.

3. ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT GRANT THE WRIT OF HABEAS CORPUS

4. ORDER ANY OTHER RELIEF THE COURT DEEMS NECESSARY AND JUST FOR THIS CASE.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    ☐ Yes ☒ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: _____
    (b) Case Number: _____
    (c) Date action filed: _____
    (d) Nature of proceeding: _____
    _____
    (e) Grounds raised: _____
    _____
    _____
    _____
    _____

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: FRANK PUGLIA
        FRANK PUGLIA
    (b) At arraignment and plea: FRANK PUGLIA

    (c) At trial: FRANK PUGLIA

    (d) At sentencing: FRANK PUGLIA

    (e) On appeal: PATRICK HENNESSEY
    (f) In any post-conviction proceeding: _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____

CIV 68 (Rev. Dec. 1998)                    -10-                    K:\COMMON\FORMS\CIV-68.

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future: _____

   (b) Give date and length of the future sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes  ☒ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _December 19, 2007_

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_12-19-07_  
(DATE)

_[signed] Stanley E. Singleton_  
SIGNATURE OF PETITIONER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
DEC 2 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ✓   1983
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ___  No ✓
COPIES SENT TO
Court ✓  Press

I (a) PLAINTIFFS

**Stanley Ezell Singleton**

DEFENDANTS

**Anthony Hedgpeth**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   **Kings**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Stanley Ezell Singleton
PO Box 3456
Corcoran, CA 93212
T-01626

ATTORNEYS (IF KNOWN)

**'07 CV 2415 H AJB**

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 U.S.C. 2254**

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):   JUDGE                    Docket Number

DATE   12/26/2007           SIGNATURE OF ATTORNEY OF RECORD
                             R. Miller