# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 JAN 22 PM 2:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE __Battaglia__
FROM: __R. Mullin,__ Deputy Clerk     RECEIVED DATE: __1/16/2008__
CASE NO.: __07cv2415 H (AJB)__     DOCUMENT FILED BY: __Petitioner__
CASE TITLE: __Singleton V. Ewing__
DOCUMENT ENTITLED: __Motion for Reconsideration__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ Local Rule | Discrepancy |
|---|---|
| X  5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐  5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐  5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐  7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X  7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐  7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐  7.1 | Missing table of contents |
| ☐  15.1 | Amended pleading not complete in itself |
| ☐  30.1 | Depositions not accepted absent a court order |
| ☐ | Supplemental documents require court order |
| ☐ | Default Judgment in sum certain includes calculated interest |
| X | **OTHER: Case closed as of 1/3/2008.** |

Date forwarded: __1/16/2008__

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☑ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: __1/18/08__     CHAMBERS OF: __HUFF__
cc: All Parties      By: __LC1__

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]