1.   Mr. Stanley E. Singleton

FILED

2.   T-01626, 1-D-01-242-U

2008 JAN 22 PM 2:44

3.   P.O. Box 3456

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

4.   Corcoran California

BY _____ DEPUTY

5.

6.   United States District Court

**NUNC PRO TUNC**

7.   Southern District California

**JAN 1 6 2008**

8.

9.   Stanley E. Singleton          No. 07-2415-H (AJB)

10.          Petitioner

11.          vs                    Motion FOR

12.   Parole Agent                 Reconsideration

13.   Anthony Ewing

14.          Respondent /

15.

16.       On the following grounds, A petition

17.   Challenging a mandatory parole provision,

18.   is "not a second or successive petion even

19.   if the prisoner has previously filed petitions

20.   challenging his underlying conviction and

21.   sentence. See Hill vs Alaska (9th cir 2002

22.   297 F. 3d 895.

23.        This motion is based on memorandum

24.   Points and Authorities

25.   Date: 1-11-08                 M. _____ Singleton

26.       Pursuant to Houston vs Lack, 487 U.S.266 inmates

27.   Legal mail is deemed filed on date delivered to

28.   Prison staff for mailing. (1-11-08)

1.                                    I

2.                Challenging Singleton's mandatory
3.            Parole provision is not a successive
4.            Petition

5.

6.        A petition challenging a mandatory
7.  Parole provision is not a successive petition
8.  even if the prisoner has previously Filed
9.  petitions challenging his underlying conviction
10. and sentence. Hill vs Alaska (9th Cir 2002
11. 297 F. 3d 895.

12.        The district Court made it clear in its
13. order in Case no 05-cv-1708-BTM (NLS) on
14. Sept 22, 2005, that this claim can be raised
15. after Singleton's release from prison concerning
16. the Current Conviction in cases SCD 149494, SCD
17. 148448, CR 142620. This case is also similar
18. to Hill vs Alask (9th Cir 2002, 297 F. 3d
19. 895. Singleton was Paroled on Sept
20. 22, 2007, From Case's SCD 149494, SCD 142448.
21. On oct 1, 2007, he was rearrested for a Parole
22. Violation. He contends that challenging his
23. mandatory Parole provision is not a successive
24. petition, and go Forward by this court Pursuant
25. to the authority of Hill vs Alaska (9th Cir
26. 2002, 297 F. 3d 895), an application For
27. Permission to File a successive Petition is un
28. necessary.
        Date 1-11-08                          Singleton Singleton

Proof of Service

I, mr. Stanley E. Singleton served a copy
of motion For Reconsideration on the Following

Attorney General Office
110 West A Street Suite 1100
San Diego Ca 92101-5266

Date: 1-12-08
By! mail

I declare under the penalty
of Perjury that the above Forgoing statements
Are true And correct. Executed this day 1-12-08
at Corcoran Ca 93212

Date 1-12-08.                              m. Ston Singleton