Mr. Stanley E. Singleton
6346 Kimmy CT
San Diego Ca 92114

FILED

2008 JAN 28 PM 2:58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____RM_____DEPUTY

United States District
Court Southern California

Stanley E. Singleton
        Petitioner

VS

Parole Agent Anthony Ewing
        Respondent

Notice of Change
of Address, And
Custody Status

(No. 07-2415-H(AJB)

To: Court Clerk

    Please change Petitioner's Address
to the above new Location above. Also
Please change Name of Respondent from
Warden to Parole Agent Stated above. As to
Petitioner is no longer in Physical Custody, but
under Custody of Parole Authority.

Jan 28, 2008

                    Mr. Stanley E. Singleton



$0.00
01/25/2008
Mailed From 93212
US POSTAGE

Hasler

9210138897 0037

To. United States District Court
880 Front Street
San Diego Calif. 92101

Mr. Stanley Dwight Brumfield
T-06626, 5E-01-207-L
P.O. Box 3456
Corcoran Calif. 93212

CORCORAN STATE PRISON

Hasler
01/25/2008
Mailed From 93212
US POSTAGE