Mr. Stanley E Singleton
ICOTH / 315 Fourth ave
Chula Vista Ca 91910

3/13/08

**FILED**
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

To Court Clerk
RE: Singleton vs John Marshall 07CV2415 H(AJB)
No. 07-2415-H AJB

1. On around 2-27-08, I wrote a letter for a copy Courts order concerning my Motion for Reconsideration filed around Dec 07, and request for original order.
Since such time I have been transferred to Dept of Corrections New Rehab Program above. Per Governor to relieve overcrowding. I'm advising the Court Clerk to forward those documents to me at above new location.

2. Also could the Court send me a copy of the Courts previous order RE Singleton vs John Marshall 11/06-? I don't know the exact case number, but it was the previous Writ of Habeas Corpus I filed before the one stated above.

Thank You

Mr Stanley E Singleton

Mr. Stan E. Singleton
ICDTF, 315 Bourth ave
Chula Vista CA 91910

Legalmail

To: Southern District Court
880 Front Street
San Diego Ca
92101

Hasler
016H26515565
$00.41⁰
03/17/2008
Mailed From 92123
US POSTAGE